United States Bankruptcy Court
District of Connecticut

In re:                                                                                              Case No. 25-31100-amn
Michael Henry Lotto                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3        User: admin        Page 1 of 1
Date Rcvd: Dec 09, 2025        Form ID: 186        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2025        Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
December 9, 2025

In re:
    Michael Henry Lotto
    Debtor*

Case Number: 25−31100
Chapter: 13

### DEFICIENCY NOTICE
### DUE TO FAILURE TO USE CURRENT VERSION OF LOCAL FORM CHAPTER 13 PLAN

    NOTICE is hereby given that in accordance with the applicable provisions of Federal Rules of Bankruptcy Procedure 3015(c) and 3015.1, the Chapter 13 Plan filed in this case has not been filed on the current version of the Local Form Chapter 13 Plan for the District of Connecticut revised as of September 2025. See, Appendix E − Local Bankruptcy Rules.

    You are hereby notified that failure to file an amended plan on the current version of Local Form Chapter 13 Plan within fourteen (14) days may result in the Local Form Chapter 13 Plan not being scheduled for hearing or considered, without further notice.

**NOTE:** Moving parties without an attorney have an additional three (3) days to submit an amended Chapter 13 Plan. The current version of Appendix E − Local Form Chapter 13 Plan is available on our website www.ctb.uscourts.gov

Dated: December 9, 2025

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 186 − ndc

*For the purposes of this notice, "Debtor" means "Debtors" where applicable.