## File an order :

25-31100 Michael Henry Lotto

Type: bk  Chapter: 13 v  Office: 3 (New Haven)

Assets: y  Judge: amn  Case Flag: DebtEd, Repeat

# U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 1/5/2026 at 1:59 PM EST and filed on 1/5/2026

**Case Name:**  Michael Henry Lotto
**Case Number:**  25-31100
**Document Number:** 13

**Docket Text:**

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED:** On December 8, 2025, the Debtor filed a Chapter 13 Plan using an outdated form. See, Appendix E − Local Bankruptcy Rules. On December 9, 2025, a Deficiency Notice was issued indicated that the Debtor had 14 days to file an amended plan on the current version. As of the date of this Order, no amended Chapter 13 Plan has been filed.

Accordingly, it is hereby

**ORDERED:** On or before January 16, 2026, the Debtor must file a response to this Order and show cause why this case should not be dismissed for failure to file a Chapter 13 Plan using the correct form. Failure to comply with this Order may result in dismissal of this case without further hearing. And, it is further

**ORDERED:** The Chapter 13 Plan filed as ECF No. 9 is disregarded and will not be scheduled for a hearing. Signed by Chief Judge Ann M. Nevins on January 5, 2026. (sms)

The following document(s) are associated with this transaction:

**25-31100 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-31100 Notice will not be electronically mailed to:**