United States Bankruptcy Court
District of Connecticut

In re:                                                                                              Case No. 25-31100-amn
Michael Henry Lotto                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0205-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: pdfdoc2 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026                              Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

### File an order :

[25-31100 Michael Henry Lotto](#)

Type: bk  Chapter: 13 v  Office: 3 (New Haven)
Assets: y  Judge: amn  Case Flag: DebtEd, Repeat

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 1/5/2026 at 1:59 PM EST and filed on 1/5/2026

**Case Name:**  Michael Henry Lotto
**Case Number:**  [25-31100](#)
**Document Number:** 13

**Docket Text:**

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED:** On December 8, 2025, the Debtor filed a Chapter 13 Plan using an outdated form. See, Appendix E − Local Bankruptcy Rules. On December 9, 2025, a Deficiency Notice was issued indicated that the Debtor had 14 days to file an amended plan on the current version. As of the date of this Order, no amended Chapter 13 Plan has been filed.

Accordingly, it is hereby

**ORDERED:** On or before January 16, 2026, the Debtor must file a response to this Order and show cause why this case should not be dismissed for failure to file a Chapter 13 Plan using the correct form. Failure to comply with this Order may result in dismissal of this case without further hearing. And, it is further

**ORDERED:** The Chapter 13 Plan filed as ECF No. 9 is disregarded and will not be scheduled for a hearing. Signed by Chief Judge Ann M. Nevins on January 5, 2026. (sms)

The following document(s) are associated with this transaction:

**25-31100 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-31100 Notice will not be electronically mailed to:**