# File an order :

## 25-31100 Michael Henry Lotto

Type: bk  Chapter: 13 v  Office: 3 (New Haven)
Assets: y  Judge: amn  Case Flag: DebtEd, Repeat

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 1/20/2026 at 4:02 PM EST and filed on 1/20/2026

**Case Name:** Michael Henry Lotto
**Case Number:** 25-31100
**Document Number:** 17

**Docket Text:**

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED:** On December 8, 2025, the Debtor filed a Chapter 13 Plan using an outdated form. See, Appendix E − Local Bankruptcy Rules. The Court issued a previous Order to Show Cause at ECF No. 13, setting a deadline of January 16, 2026, for the Debtor to file a Chapter 13 Plan using the correct form. Additionally, a Debtor must file a Chapter 13 Plan within 14 days after a petition is filed. See, Fed.R.Bankr.P. 3015(b). As of the date of this Order, no amended Chapter 13 Plan has been filed.

Accordingly, it is hereby

**ORDERED:** On or before February 6, 2026, the Debtor must file a response to this Order and show cause why this case should not be dismissed for failure to file a Chapter 13 Plan. Signed by Chief Judge Ann M. Nevins on January 20, 2026. (sms)

The following document(s) are associated with this transaction:

**25-31100 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-31100 Notice will not be electronically mailed to:**