United States Bankruptcy Court
District of Connecticut

In re:                                            Case No. 25-31100-amn
Michael Henry Lotto                   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3                         User: admin                                    Page 1 of 1
Date Rcvd: Jan 20, 2026                 Form ID: pdfdoc2                           Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2026                           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

## File an order :

[25-31100 Michael Henry Lotto](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd, Repeat |

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 1/20/2026 at 4:02 PM EST and filed on 1/20/2026
**Case Name:**       Michael Henry Lotto
**Case Number:**     25-31100
**Document Number:** 17

**Docket Text:**

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED:** On December 8, 2025, the Debtor filed a Chapter 13 Plan using an outdated form. See, Appendix E − Local Bankruptcy Rules. The Court issued a previous Order to Show Cause at ECF No. 13, setting a deadline of January 16, 2026, for the Debtor to file a Chapter 13 Plan using the correct form. Additionally, a Debtor must file a Chapter 13 Plan within 14 days after a petition is filed. See, Fed.R.Bankr.P. 3015(b). As of the date of this Order, no amended Chapter 13 Plan has been filed.

Accordingly, it is hereby

**ORDERED:** On or before February 6, 2026, the Debtor must file a response to this Order and show cause why this case should not be dismissed for failure to file a Chapter 13 Plan. Signed by Chief Judge Ann M. Nevins on January 20, 2026. (sms)

The following document(s) are associated with this transaction:


**25-31100 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-31100 Notice will not be electronically mailed to:**