United States Bankruptcy Court
District of Connecticut

In re:     Case No. 25-31100-amn
Michael Henry Lotto     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3     User: admin     Page 1 of 3
Date Rcvd: Feb 17, 2026     Form ID: 112appxm     Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9614550 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9614546 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9614547 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9614556 | + | ESTATE OF IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9614557 | #+ | JOANNA CIAFONE, 2034 Talon Way, San Diego, CA 92123-3735 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9622872 | | Email/Text: bnc@atlasacq.com | Feb 17 2026 18:19:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9614552 | | Email/Text: DRS.Bankruptcy@ct.gov | Feb 17 2026 18:19:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9614548 | | Email/Text: DRS.Bankruptcy@ct.gov | Feb 17 2026 18:19:00 | Connecticut Department of Revenue, Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9614549 | | Email/Text: cfcbackoffice@contfinco.com | Feb 17 2026 18:19:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9614545 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 17 2026 18:23:23 | Capital One Bank (USA), N.A., Attn: General Counsel, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 9614551 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 17 2026 18:23:23 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9614553 | | Email/Text: mrdiscen@discover.com | Feb 17 2026 18:19:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9614554 | + | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2026 18:19:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9614555 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2026 18:19:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 9616901 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2026 18:23:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9617805 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2026 18:23:27 | MERRICK BANK, Resurgent Capital Services, |

Case 25-31100    Doc 23    Filed 02/19/26    Entered 02/20/26 00:21:05    Page 2 of 5

| District/off: 0205-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 17, 2026 | Form ID: 112appxm | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 9614562 | | Email/Text: ml-ebn@missionlane.com | Feb 17 2026 18:19:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9614559 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2026 18:23:23 | Merrick Bank Corporation, Attn: Briian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9624125 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 17 2026 18:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9614561 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 17 2026 18:19:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9614563 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2026 18:33:41 | Portfolio Recovery Associates LLC, Attn: Christopher Graves, President, PO Box 41067, Norfolk, VA 23541 |
| 9623964 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2026 18:23:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9616541 | | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2026 18:19:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9618651 | | Email/Text: bnc-quantum@quantum3group.com | Feb 17 2026 18:19:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 9614565 | | Email/Text: bkteam@selenefinance.com | Feb 17 2026 18:19:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9616902 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2026 18:23:23 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9614567 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2026 18:23:27 | Resurgent Recievables LLC, c/o Resurgent Capital Services LP, Attn: General Counsel, PO Box 10587, Greenville, SC 29603-0587 |
| 9614568 | | Email/Text: secbankruptcy@sec.gov | Feb 17 2026 18:19:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9614569 | ^ | MEBN | Feb 17 2026 18:17:05 | UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9614570 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 17 2026 18:19:00 | US BANK TR NAT'L ASSOC, TRUSTEE, Attn: General Counsel, 55 Beattie Place Ste. 110, Greenville, SC 29601-5115 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9614558 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 17, 2026 | Form ID: 112appxm | Total Noticed: 31 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 17, 2026

In re:
    Michael Henry Lotto
    Debtor*

Case Number: 25−31100
Chapter: 13

### NOTICE OF HEARING ON APPENDIX N MATTER

**TO THE RECIPIENT OF THIS NOTICE: Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE** that pursuant to D. Conn. Bankr. L.R. 9014−1(n), a hearing will be held on **March 5, 2026** at **11:30 AM** at **157 Church Street, 18th Floor, New Haven, CT 06510** to consider and act upon the following matter(s):

    Motion to Dismiss Case For Failure to Make Plan Payments Filed by Roberta Napolitano on behalf of Roberta Napolitano, Trustee (ECF No. 21) (the "Movant(s)") (the "Matter").

In accordance with Fed. R. Bankr. P. 9006(d), any party shall file any Objection and/or Response on or before **February 26, 2026** and the Movant(s) shall file any Reply on or before **March 2, 2026.**

**NOTICE IS FURTHER GIVEN** that, unless otherwise ordered by the Court, the hearing may be continued or adjourned without further notice.

If Respondents to the Matter or other party entitled to service of the Contested Matter (the "Respondent(s)") wishes to be heard on the Matter, such party or its attorney must be in attendance during the above scheduled hearing.

In accordance with D. Conn. Bankr. L.R. 2002−1(a), 9036−1 and Appendix A, service of this Notice of Hearing upon parties who are CM/ECF Filers and/or have consented to electronic service, is made via the Court's CM/ECF System. The Notice of Electronic Filing ("NEF") of this Notice of Hearing generated by the Court's CM/ECF System shall be deemed to be a certificate of service in accordance with Appendix A, Section 4(c).

Dated: February 17, 2026

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − sms