**File an order :**

25-31100 Michael Henry Lotto

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd, Repeat |

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from gr entered on 2/26/2026 at 12:46 PM EST and filed on 2/26/2026
**Case Name:**      Michael Henry Lotto
**Case Number:**    25-31100
**Document Number:** 25

**Docket Text:**
**ORDER DISMISSING CASE FOR FAILURE TO CURE FILING DEFICIENCY, RETAINING JURISDICTION FOR A FEE APPLICATION AND SETTING A DEADLINE FOR COUNSEL TO FILE A FEE APPLICATION:** The Clerk of Court entered a deficiency notice in this case because the Debtor filed his Chapter 13 plan using an outdated form. ECF Nos. 9, 10. Debtors are required to use the most current version of any Official Form. See, Appendix E; General Order 2024-02 Establishing Interim Local Bankruptcy Rule 2016-2(b); Tenore v. Frost (In re Tenore), 2025 U.S. Dist. LEXIS 116958, n.3 (S.D.N.Y. Jun. 16, 2025).

Subsequently, the Court entered two Orders to Show Cause why the case should not be dismissed due to the Debtor's failure to file an amended plan using the correct form or provide an explanation for failing to do so. ECF Nos. 13, 17. To date, the Debtor has not filed a response to either order and has failed to file amended plan using the current form despite the Court's repeated warnings. Accordingly, it is hereby

**ORDERED:** The case is DISMISSED pursuant to the Court's Orders to Show Cause filed as ECF Nos. 13 and 17 for failure to cure a filing deficiency and failure to file a Chapter 13 Plan; and it is further

**ORDERED:** The Court retains jurisdiction to consider the amount of reasonable attorney's fees in this case, including whether Debtor's counsel should disgorge any fees paid or face another sanction for the failure to attend to the use of the correct forms in this case to the apparent detriment of the Debtor; and it is further

**ORDERED:** On or before March 13, 2026, Attorney Michael J. Habib shall file an application for allowance of attorney's fees that complies with applicable rules, includes detailed time records, a copy of the letter of engagement for this case, the amount and date of each payment by the Debtor to Attorney Habib, and an explanation for the Debtor's failure to file a Chapter 13 Plan given the various Orders to Show Cause. Signed by Chief Judge Ann M. Nevins on February 26, 2026. (gr)

The following document(s) are associated with this transaction:


**25-31100 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-31100 Notice will not be electronically mailed to:**