United States Bankruptcy Court
District of Connecticut

In re:                                                                 Case No. 25-31100-amn

Michael Henry Lotto                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3                        User: admin                              Page 1 of 3
Date Rcvd: Feb 26, 2026                     Form ID: pdfdoc1                          Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9614550 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9614546 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9614547 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9614556 | + | ESTATE OF IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9614557 | #+ | JOANNA CIAFONE, 2034 Talon Way, San Diego, CA 92123-3735 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 9622872 | | Email/Text: bnc@atlasacq.com | Feb 26 2026 18:32:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9614552 | | Email/Text: DRS.Bankruptcy@ct.gov | Feb 26 2026 18:32:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9614548 | | Email/Text: DRS.Bankruptcy@ct.gov | Feb 26 2026 18:32:00 | Connecticut Department of Revenue, Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9614549 | | Email/Text: cfcbackoffice@contfinco.com | Feb 26 2026 18:32:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9614545 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 26 2026 18:32:04 | Capital One Bank (USA), N.A., Attn: General Counsel, P.o Box 30285, Salt Lake City, UT 84130-0285 |
| 9614551 | | Email/PDF: creditonebknotifications@resurgent.com | Feb 26 2026 18:31:55 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9614553 | | Email/Text: mrdiscen@discover.com | Feb 26 2026 18:32:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9614554 | + | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2026 18:32:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9614555 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 26 2026 18:32:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 9616901 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 18:32:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9617805 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2026 18:31:55 | MERRICK BANK, Resurgent Capital Services, |

|  |  |  |  | PO Box 10368, Greenville, SC 29603-0368 |
|---|---|---|---|---|
| 9614562 |  | Email/Text: ml-ebn@missionlane.com | Feb 26 2026 18:32:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9614559 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 26 2026 18:32:00 | Merrick Bank Corporation, Attn: Briian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9624125 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2026 18:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9614561 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 26 2026 18:32:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9614563 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 18:31:55 | Portfolio Recovery Associates LLC, Attn: Christopher Graves, President, PO Box 41067, Norfolk, VA 23541 |
| 9623964 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 26 2026 18:32:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9616541 |  | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2026 18:32:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9618651 |  | Email/Text: bnc-quantum@quantum3group.com | Feb 26 2026 18:32:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 9614565 |  | Email/Text: bkteam@selenefinance.com | Feb 26 2026 18:32:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9616902 |  | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 18:32:00 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9614567 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 18:32:00 | Resurgent Recievables LLC, c/o Resurgent Capital Services LP, Attn: General Counsel, PO Box 10587, Greenville, SC 29603-0587 |
| 9614568 |  | Email/Text: secbankruptcy@sec.gov | Feb 26 2026 18:32:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9614569 | ^ | MEBN | Feb 26 2026 18:29:02 | UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9614570 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 26 2026 18:32:00 | US BANK TR NAT'L ASSOC, TRUSTEE, Attn: General Counsel, 55 Beattie Place Ste. 110, Greenville, SC 29601-5115 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9614558 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0205-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 26, 2026 | Form ID: pdfdoc1 | Total Noticed: 31

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

File an order :

25-31100 Michael Henry Lotto

| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Judge: amn | Case Flag: DebtEd, Repeat |

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from gr entered on 2/26/2026 at 12:46 PM EST and filed on 2/26/2026

**Case Name:**       Michael Henry Lotto
**Case Number:**    25-31100
**Document Number:** 25

**Docket Text:**
**ORDER DISMISSING CASE FOR FAILURE TO CURE FILING DEFICIENCY, RETAINING JURISDICTION FOR A FEE APPLICATION AND SETTING A DEADLINE FOR COUNSEL TO FILE A FEE APPLICATION:** The Clerk of Court entered a deficiency notice in this case because the Debtor filed his Chapter 13 plan using an outdated form. ECF Nos. 9, 10. Debtors are required to use the most current version of any Official Form. See, Appendix E; General Order 2024-02 Establishing Interim Local Bankruptcy Rule 2016-2(b); Tenore v. Frost (In re Tenore), 2025 U.S. Dist. LEXIS 116958, n.3 (S.D.N.Y. Jun. 16, 2025).

Subsequently, the Court entered two Orders to Show Cause why the case should not be dismissed due to the Debtor's failure to file an amended plan using the correct form or provide an explanation for failing to do so. ECF Nos. 13, 17. To date, the Debtor has not filed a response to either order and has failed to file amended plan using the current form despite the Court's repeated warnings. Accordingly, it is hereby

**ORDERED:** The case is DISMISSED pursuant to the Court's Orders to Show Cause filed as ECF Nos. 13 and 17 for failure to cure a filing deficiency and failure to file a Chapter 13 Plan; and it is further

**ORDERED:** The Court retains jurisdiction to consider the amount of reasonable attorney's fees in this case, including whether Debtor's counsel should disgorge any fees paid or face another sanction for the failure to attend to the use of the correct forms in this case to the apparent detriment of the Debtor; and it is further

**ORDERED:** On or before March 13, 2026, Attorney Michael J. Habib shall file an application for allowance of attorney's fees that complies with applicable rules, includes detailed time records, a copy of the letter of engagement for this case, the amount and date of each payment by the Debtor to Attorney Habib, and an explanation for the Debtor's failure to file a Chapter 13 Plan given the various Orders to Show Cause. Signed by Chief Judge Ann M. Nevins on February 26, 2026. (gr)

The following document(s) are associated with this transaction:

**25-31100 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-31100 Notice will not be electronically mailed to:**