ct 205

08/2021

## United States Bankruptcy Court
## District of Connecticut



| | |
|---|---|
| In re: Michael Henry Lotto | Case Number: 25-31100 |
| | Chapter: 13 |
| Debtor* | |

# NOTICE OF DEADLINE TO OBJECT
# TO THE CHAPTER 13 STANDING TRUSTEE'S FINAL ACCOUNT

**PLEASE TAKE NOTICE** that on March 3, 2026, Roberta Napolitano , the Chapter 13 Standing Trustee, filed a Chapter 13 Trustee's Final Account, ECF No. 28, in which the Trustee certified that the Debtor's estate has been fully administered in accordance with Fed. R. Bankr. P. 5009(a), *See,* attached Chapter 13 Standing Trustee's Final Account.

**NOTICE IS FURTHER GIVEN** that any objection to the Chapter 13 Standing Trustee's Final Account must be filed with the Clerk's Office on or before April 6, 2026 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

**NOTICE IS FURTHER GIVEN** that the Chapter 13 Standing Trustee's Final Account is available for inspection at any Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut.  You may also view the filed Chapter 13 Trustee's Final Account on the Court's PACER system (**www.pacer.psc.uscourts.gov**).

Dated: March 3, 2026

Pietro Cicolini
Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

Case 25-31100   Doc 29   Filed 03/03/26   Entered 03/03/26 11:37:44   Page 2 of 3
Case 25-31100   Doc 28   Filed 03/03/26   Entered 03/03/26 10:55:21   Page 1 of 2

RN

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

In re: MICHAEL HENRY LOTTO                                                    Case No.: 25-31100-AMN

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Roberta Napolitano, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/22/2025.
2) The plan was confirmed on NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.
5) The case was dismissed on 02/26/2026.
6) Number of months from filing or conversion to last payment: 0.
7) Number of months case was pending: 4.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 664,660.18.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| Attorney Not Assigned | Admin | NA | NA | NA | .00 | .00 |
| Capital One Bank (USA), N.A. | Unsecured | NA | NA | NA | .00 | .00 |
| City of New Haven, Tax Division | Priority | NA | NA | NA | .00 | .00 |
| Continental Finance Company, LLC | Unsecured | NA | NA | NA | .00 | .00 |
| Department of Revenue Services | Priority | NA | NA | NA | .00 | .00 |
| Galaxy International Purchasing LLC | Unsecured | 4,400.41 | NA | NA | .00 | .00 |
| Internal Revenue Service | Priority | NA | NA | NA | .00 | .00 |
| IRA ROSOFSKY | Unsecured | 3,000.00 | NA | NA | .00 | .00 |
| JOANNA CIAFONE | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 945.51 | 945.51 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,498.65 | 1,498.65 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 3,086.60 | 3,086.60 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,661.67 | 1,661.67 | .00 | .00 |

RN

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

In re: MICHAEL HENRY LOTTO

Debtor(s)

Case No.: 25-31100-AMN

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MERRICK BANK | Unsecured | 186.00 | 186.00 | 186.00 | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | 1,695.03 | 1,695.03 | 1,695.03 | .00 | .00 |
| Mission Lane LLC | Unsecured | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | 690.45 | 690.45 | 690.45 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | NA | 597.71 | 597.71 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 4,510.38 | 4,510.38 | 4,510.38 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 660.95 | 660.95 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 505.00 | 505.00 | .00 | .00 |
| RESURGENT RECEIVABLES LLC | Unsecured | 4,046.75 | 4,046.75 | 4,046.75 | .00 | .00 |
| UHG I LLC | Unsecured | 4,532.87 | 4,427.87 | 4,427.87 | .00 | .00 |
| UHG I LLC | Unsecured | 13,440.46 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 24,512.57 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | | $.00 |
| Disbursements to Creditors: | | $.00 |
| **TOTAL DISBURSEMENTS:** | | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 03/03/2026    By: /s/Roberta Napolitano
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.