United States Bankruptcy Court
District of Connecticut

In re:             Case No. 25-31100-amn
Michael Henry Lotto            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-3        User: admin        Page 1 of 3
Date Rcvd: Mar 03, 2026        Form ID: pdfdoc1        Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9614550 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9614546 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9614547 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9614556 | + | ESTATE OF IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9614557 | #+ | JOANNA CIAFONE, 2034 Talon Way, San Diego, CA 92123-3735 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 9622872 | | Email/Text: bnc@atlasacq.com | Mar 03 2026 18:26:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9614552 | | Email/Text: DRS.Bankruptcy@ct.gov | Mar 03 2026 18:26:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9614548 | | Email/Text: DRS.Bankruptcy@ct.gov | Mar 03 2026 18:26:00 | Connecticut Department of Revenue, Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9614549 | | Email/Text: cfcbackoffice@contfinco.com | Mar 03 2026 18:26:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9614545 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 03 2026 18:37:22 | Capital One Bank (USA), N.A., Attn: General Counsel, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 9614551 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 03 2026 18:37:36 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9614553 | | Email/Text: mrdiscen@discover.com | Mar 03 2026 18:26:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9614554 | + | Email/Text: bnc-quantum@quantum3group.com | Mar 03 2026 18:26:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9614555 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 03 2026 18:26:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 9616901 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2026 18:37:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9617805 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2026 18:37:23 | MERRICK BANK, Resurgent Capital Services, |

| District/off: 0205-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: pdfdoc1 | Total Noticed: 31 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | PO Box 10368, Greenville, SC 29603-0368 |
| 9614562 | | Email/Text: ml-ebn@missionlane.com | Mar 03 2026 18:26:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9614559 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 03 2026 18:37:30 | Merrick Bank Corporation, Attn: Briian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9624125 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2026 18:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9614561 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2026 18:26:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9614563 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2026 18:37:23 | Portfolio Recovery Associates LLC, Attn: Christopher Graves, President, PO Box 41067, Norfolk, VA 23541 |
| 9623964 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 03 2026 18:37:36 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9616541 | | Email/Text: bnc-quantum@quantum3group.com | Mar 03 2026 18:26:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9618651 | | Email/Text: bnc-quantum@quantum3group.com | Mar 03 2026 18:26:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 9614565 | | Email/Text: bkteam@selenefinance.com | Mar 03 2026 18:26:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9616902 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2026 18:37:23 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9614567 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 03 2026 18:37:23 | Resurgent Recievables LLC, c/o Resurgent Capital Services LP, Attn: General Counsel, PO Box 10587, Greenville, SC 29603-0587 |
| 9614568 | | Email/Text: secbankruptcy@sec.gov | Mar 03 2026 18:26:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9614569 | ^ | MEBN | Mar 03 2026 18:23:50 | UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9614570 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 03 2026 18:26:00 | US BANK TR NAT'L ASSOC, TRUSTEE, Attn: General Counsel, 55 Beattie Place Ste. 110, Greenville, SC 29601-5115 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9614558 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0205-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 03, 2026 | Form ID: pdfdoc1 | Total Noticed: 31 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto  mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

# United States Bankruptcy Court
## District of Connecticut



In re:
    Michael Henry Lotto

    Debtor*

Case Number:  25-31100
Chapter:  13

## NOTICE OF DEADLINE TO OBJECT
## TO THE CHAPTER 13 STANDING TRUSTEE'S FINAL ACCOUNT

**PLEASE TAKE NOTICE** that on March 3, 2026, Roberta Napolitano , the Chapter 13 Standing Trustee, filed a Chapter 13 Trustee's Final Account, ECF No. 28, in which the Trustee certified that the Debtor's estate has been fully administered in accordance with Fed. R. Bankr. P. 5009(a), *See,* attached Chapter 13 Standing Trustee's Final Account.

**NOTICE IS FURTHER GIVEN** that any objection to the Chapter 13 Standing Trustee's Final Account must be filed with the Clerk's Office on or before April 6, 2026 *. If an objection is filed a hearing may be scheduled, and, in that event a separate Notice of Hearing will issue.

**NOTICE IS FURTHER GIVEN** that the Chapter 13 Standing Trustee's Final Account is available for inspection at any Bankruptcy Court Clerk's Offices located in Hartford, New Haven, and Bridgeport, Connecticut.  You may also view the filed Chapter 13 Trustee's Final Account on the Court's PACER system ([www.pacer.psc.uscourts.gov](www.pacer.psc.uscourts.gov)).

Dated: March 3, 2026

Pietro Cicolini
Clerk of Court

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

## UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In re:  MICHAEL HENRY LOTTO                                                                                 Case No.: 25-31100-AMN

Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Roberta Napolitano, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  11/22/2025.
2) The plan was confirmed on  NA.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5) The case was dismissed on  02/26/2026.
6) Number of months from filing or conversion to last payment:  0.
7) Number of months case was pending:  4.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  664,660.18.
10) Amount of unsecured claims discharged without full payment:  .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $.00 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $.00 |
| Attorney fees paid and disclosed by debtor: | $.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| Attorney Not Assigned | Admin | NA | NA | NA | .00 | .00 |
| Capital One Bank (USA), N.A. | Unsecured | NA | NA | NA | .00 | .00 |
| City of New Haven, Tax Division | Priority | NA | NA | NA | .00 | .00 |
| Continental Finance Company, LLC | Unsecured | NA | NA | NA | .00 | .00 |
| Department of Revenue Services | Priority | NA | NA | NA | .00 | .00 |
| Galaxy International Purchasing LLC | Unsecured | 4,400.41 | NA | NA | .00 | .00 |
| Internal Revenue Service | Priority | NA | NA | NA | .00 | .00 |
| IRA ROSOFSKY | Unsecured | 3,000.00 | NA | NA | .00 | .00 |
| JOANNA CIAFONE | Unsecured | NA | NA | NA | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 945.51 | 945.51 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,498.65 | 1,498.65 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 3,086.60 | 3,086.60 | .00 | .00 |
| LVNV FUNDING, LLC | Unsecured | NA | 1,661.67 | 1,661.67 | .00 | .00 |

Case 25-31100 Doc 30 Filed 03/05/26 Entered 03/06/26 00:19:17 Page 6 of 6
Case 25-31100 Doc 28 Filed 03/03/26 Entered 03/03/26 10:55:21 Page 2 of 2

RN

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

In re: MICHAEL HENRY LOTTO  Case No.: 25-31100-AMN

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MERRICK BANK | Unsecured | 186.00 | 186.00 | 186.00 | .00 | .00 |
| MIDLAND CREDIT MANAGEMENT, INC | Unsecured | 1,695.03 | 1,695.03 | 1,695.03 | .00 | .00 |
| Mission Lane LLC | Unsecured | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | 690.45 | 690.45 | 690.45 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOCIATES, l | Unsecured | NA | 597.71 | 597.71 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | 4,510.38 | 4,510.38 | 4,510.38 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 660.95 | 660.95 | .00 | .00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 505.00 | 505.00 | .00 | .00 |
| RESURGENT RECEIVABLES LLC | Unsecured | 4,046.75 | 4,046.75 | 4,046.75 | .00 | .00 |
| UHG I LLC | Unsecured | 4,532.87 | 4,427.87 | 4,427.87 | .00 | .00 |
| UHG I LLC | Unsecured | 13,440.46 | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 24,512.57 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 03/03/2026   By: /s/Roberta Napolitano
                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.