## File an order :

[25-31100 Michael Henry Lotto](#) Debtor dismissed 02/26/2026

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Debtor disposition: Dismissed for Failure to File Information | Judge: amn |

Case Flag: DebtEd, Repeat, DISMISSED

### U.S. Bankruptcy Court

### District of Connecticut

Notice of Electronic Filing

The following transaction was received from sms entered on 5/29/2026 at 4:10 PM EDT and filed on 5/29/2026

**Case Name:**       Michael Henry Lotto
**Case Number:**     [25-31100](#)
**Document Number:** 36

**Docket Text:**

**SCHEDULING ORDER:** The Court held a hearing on May 28, 2026, to consider its Order to Show Cause, ECF No. 31 (the 'Order'). The Order required counsel for the Debtor, Attorney Michael J. Habib, to file a written response explaining why he should not be sanctioned for his failure to comply with the Court's Local Rules and Previous Orders. See ECF Nos. 10, 13, 17, 25. Although Attorney Habib appeared at the May 28th hearing and offered various explanations for these deficiencies, the Court noted that he did not file a written response, as required by the Order.

Accordingly, it is hereby

**ORDERED:** That on or before June 26, 2026, Attorney Michael J. Habib must file a written response to the Order to Show Cause filed as ECF No. 31, explaining why he should not be sanctioned for his failure to comply with prior Court Orders. Attorney Habib's response must also detail the facts and circumstances supporting a conclusion that the commencement of this case was not frivolous or was not undertaken merely to delay a creditor. Sanctions to be considered include whether to suspend or terminate filing privileges in this Court. Signed by Chief Judge Ann M. Nevins on May 29, 2026. (RE: [10] Deficiency Notice Re: Chapter 13 Plan, [13] Order to Show Cause, [17] Order to Show Cause, [25] Order Dismissing Case). (sms)

The following document(s) are associated with this transaction:

**25-31100 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-31100 Notice will not be electronically mailed to:**