United States Bankruptcy Court

District of Connecticut

In re:

Michael Henry Lotto

    Debtor

Case No. 25-31100-amn

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0205-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdfdoc2 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

**File an order :**

[25-31100 Michael Henry Lotto](#) **Debtor dismissed** 02/26/2026

| | | |
|---|---|---|
| Type: bk | Chapter: 13 v | Office: 3 (New Haven) |
| Assets: y | Debtor disposition: Dismissed for Failure to File Information | Judge: amn |

Case Flag: DebtEd, Repeat, DISMISSED

**U.S. Bankruptcy Court**

**District of Connecticut**

Notice of Electronic Filing

The following transaction was received from sms entered on 5/29/2026 at 4:10 PM EDT and filed on 5/29/2026

**Case Name:** Michael Henry Lotto

**Case Number:** [25-31100](#)

**Document Number:** 36

**Docket Text:**

**SCHEDULING ORDER:** The Court held a hearing on May 28, 2026, to consider its Order to Show Cause, ECF No. 31 (the 'Order'). The Order required counsel for the Debtor, Attorney Michael J. Habib, to file a written response explaining why he should not be sanctioned for his failure to comply with the Court's Local Rules and Previous Orders. See ECF Nos. 10, 13, 17, 25. Although Attorney Habib appeared at the May 28th hearing and offered various explanations for these deficiencies, the Court noted that he did not file a written response, as required by the Order.

Accordingly, it is hereby

**ORDERED:** That on or before June 26, 2026, Attorney Michael J. Habib must file a written response to the Order to Show Cause filed as ECF No. 31, explaining why he should not be sanctioned for his failure to comply with prior Court Orders. Attorney Habib's response must also detail the facts and circumstances supporting a conclusion that the commencement of this case was not frivolous or was not undertaken merely to delay a creditor. Sanctions to be considered include whether to suspend or terminate filing privileges in this Court. Signed by Chief Judge Ann M. Nevins on May 29, 2026. (RE: [10] Deficiency Notice Re: Chapter 13 Plan, [13] Order to Show Cause, [17] Order to Show Cause, [25] Order Dismissing Case). (sms)

The following document(s) are associated with this transaction:

**25-31100 Notice will be electronically mailed to:**

Michael J. Habib on behalf of Debtor Michael Henry Lotto
mike@inzitarilawoffice.com, mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
notices@ch13rn.com, rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

**25-31100 Notice will not be electronically mailed to:**

**25-31100 Notice will not be electronically mailed to:**