# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                          Case No.: 25-31100 AMN

**MICHAEL H LOTTO**                             Chapter: 13

              Debtor.            ECF No. 39

_____/

## MOTION FOR EXTENSION OF TIME RE: ECF # 31 & 36

The Undersigned Respectfully Moves this Honorable Court for a <u>brief</u> extension of time, up to an including **MONDAY, JUNE 29, 2026**, within which to file a response to the *Order* of this Honorable Court dated May 29, 2026 (ECF # 36).

In support hereof, the Undersigned Respectfully Represents that, while the Undersigned's *Response* requested by this Honorable Court is in the process of being drafted and completed, the Undersigned is unable to complete the *Response* in-time to file today.  The additional three days requested will allow the Undersigned to complete the requested *Response* and file the same.

**WHEREFORE**, for the reasons set forth above, the Undersigned Respectfully Requests that this Honorable Court **GRANT** a <u>brief</u> extension of time, up to an including **MONDAY JUNE 29, 2026**, within which to file a response to the *Order* of this Honorable Court dated May 29, 2026 (ECF # 36).



WILLCUTTS & HABIB, LLC
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (844) 652-0602

1

**Dated at <u>HARTFORD, CONNECTICUT</u> this <u>26TH</u> day of <u>JUNE</u>, <u>2026</u>.**

**RESPECTFULLY SUBMITTED,**

**MICHAEL J. HABIB, ESQ.** (CT29412)
Willcutts & Habib LLC
100 Pearl St., Fl. 14
Hartford, CT 06103-4500
Tel: (860) 249-7071
Fax: (844) 652-0602
E-Mail: Mike@InzitariLawOffice.com



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

In re:                                            Case No.: 25-31100 AMN

**MICHAEL H LOTTO**                               Chapter: 13

                              Debtor.             ECF No. 39

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on **JUNE 26, 2026**, a copy of the foregoing **MOTION FOR EXTENSION OF TIME RE: ECF # 31 & 36** was filed electronically and served by mail on anyone unable to accept electronic filing, in accordance with the following service list.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF System.

**Dated at HARTFORD, CONNECTICUT this 26TH day of JUNE, 2026.**

_____
**MICHAEL J. HABIB, ESQ. (CT29412)**

⚖
**WILLCUTTS & HABIB, LLC**
100 PEARL ST., FL. 14
HARTFORD, CT 06103-4500
TEL: (860) 249-7071
FAX: (844) 652-0602