United States Bankruptcy Court

District of Connecticut

In re:

Michael Henry Lotto
    Debtor

Case No. 25-31100-amn

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-3

User: admin

Page 1 of 3

Date Rcvd: Jul 01, 2026

Form ID: pdfdoc1

Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |
| 9614550 | + | CREDIT CORP SOLUTIONS INC, Attn: General Counsel, 8200 S Quebec St Ste. A3-313, Englewood, CO 80112-4411 |
| 9614546 | + | City of New Haven, Tax Division, Attn: Karen Gauthier, Tax Collector, 165 Church St. 1st Floor, New Haven, CT 06510-2010 |
| 9614547 | | Connecticut Department of Revenue, c/o Attorney General, Collections, 55 Elm St, Hartford, CT 06106-1746 |
| 9614556 | + | ESTATE OF IRA ROSOFSKY, 230 CANNER ST, New Haven, CT 06511-2233 |
| 9614557 | #+ | JOANNA CIAFONE, 2034 Talon Way, San Diego, CA 92123-3735 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 9622872 | Email/Text: bnc@atlasacq.com | Jul 01 2026 18:32:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 9614552 | Email/Text: DRS.Bankruptcy@ct.gov | Jul 01 2026 18:32:00 | Department of Revenue Services, Attn: Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9614548 | Email/Text: DRS.Bankruptcy@ct.gov | Jul 01 2026 18:32:00 | Connecticut Department of Revenue, Bankruptcy Unit, 450 Columbus Blvd Ste 1, Hartford, CT 06103-1837 |
| 9614549 | Email/Text: cfcbackoffice@contfinco.com | Jul 01 2026 18:32:00 | Continental Finance Company, LLC, Attn: Beverly Knotts, VP, 4550 New Linden Hill Rd Ste. 400, Wilmington, DE 19808 |
| 9614545 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2026 18:45:09 | Capital One Bank (USA), N.A., Attn: General Counsel, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 9614551 | Email/PDF: creditonebknotifications@resurgent.com | Jul 01 2026 18:44:32 | Credit One Bank, Attn: General Counsel, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 9614553 | Email/Text: mrdiscen@discover.com | Jul 01 2026 18:32:00 | Discover Bank, Attn: Hope Mehlman, General Counsel, PO Box 30943, Salt Lake City, UT 84130 |
| 9614554 | + Email/Text: bnc-quantum@quantum3group.com | Jul 01 2026 18:32:00 | Galaxy International Purchasing LLC, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 9614555 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2026 18:32:00 | Internal Revenue Service, Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 9616901 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 18:44:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9617805 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2026 18:44:32 | MERRICK BANK, Resurgent Capital Services, |

| District/off: 0205-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: pdfdoc1 | Total Noticed: 31 |

| | | | |
|---|---|---|---|
| | | | PO Box 10368, Greenville, SC 29603-0368 |
| 9614562 | Email/Text: ml-ebn@missionlane.com | Jul 01 2026 18:32:00 | Mission Lane LLC, Attn: Brandon Black, CEO, PO Box 105286, Atlanta, GA 30348-5286 |
| 9614559 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 01 2026 18:44:31 | Merrick Bank Corporation, Attn: Briian W. Jones, SVP, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 9624125 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2026 18:32:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 9614561 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 01 2026 18:32:00 | Midland Credit Management, Inc., Attn: Matt Jubenville, General Counsel, 350 Camino De La Reina Ste. 100, San Diego, CA 92108-3007 |
| 9614563 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2026 18:44:31 | Portfolio Recovery Associates LLC, Attn: Christopher Graves, President, PO Box 41067, Norfolk, VA 23541 |
| 9623964 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 01 2026 18:45:10 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 9616541 | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2026 18:32:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 9618651 | Email/Text: bnc-quantum@quantum3group.com | Jul 01 2026 18:32:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 9614565 | Email/Text: bkteam@selenefinance.com | Jul 01 2026 18:32:00 | RCF 2 ACQUISITION TRUST, c/o Selene Finance LP, P.O. Box 8619, Philadelphia, PA 19101-8619 |
| 9616902 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 18:44:48 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 9614567 | + Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 18:44:32 | Resurgent Recievables LLC, c/o Resurgent Capital Services LP, Attn: General Counsel, PO Box 10587, Greenville, SC 29603-0587 |
| 9614568 | Email/Text: secbankruptcy@sec.gov | Jul 01 2026 18:32:00 | U.S. Securities and Exchange Commission, 100 F St Ne, Washington, DC 20549-2000 |
| 9614569 | ^ MEBN | Jul 01 2026 18:33:33 | UHG I LLC, Attn: General Counsel, 6400 SHERIDAN DR. STE. 138, WILLIAMSVILLE, NY 14221-4842 |
| 9614570 | + Email/Text: mtgbk@shellpointmtg.com | Jul 01 2026 18:32:00 | US BANK TR NAT'L ASSOC, TRUSTEE, Attn: General Counsel, 55 Beattie Place Ste. 110, Greenville, SC 29601-5115 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 9614558 | * | Michael Henry Lotto, 9 N BANK ST, New Haven, CT 06511-2519 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

District/off: 0205-3 | User: admin | Page 3 of 3
Date Rcvd: Jul 01, 2026 | Form ID: pdfdoc1 | Total Noticed: 31

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Michael J. Habib
                              on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email

Roberta Napolitano
                              notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com

U. S. Trustee
                              USTPRegion02.NH.ECF@USDOJ.GOV

TOTAL: 3

# United States Bankruptcy Court

## District of Connecticut

In re:

Michael Henry Lotto

Case Number: 25-31100

Chapter: 13

Debtor*

## ORDER GRANTING MOTION TO EXTEND TIME

Attorney Michael J. Habib, (the "Movant"), filed a Motion to Extend Time to file a response to the Order to Show Cause, ECF No. 36, dated June 26, 2026 (the "Motion", ECF No. 39). After notice and a hearing, *see* 11 U.S.C. § 102(1), it appearing that cause exists to grant the relief sought in the Motion; it is hereby

**ORDERED:** The Motion is GRANTED and the date by which Attorney Michael J. Habib is to file a response to the Order to Show Cause, ECF No. 36, is extended to June 29, 2026.

BY THE COURT

Dated: June 29, 2026

*Ann M. Nevins*
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

*For the purposes of this order, "Debtor" means "Debtors" where applicable.