**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**NEW HAVEN DIVISION**

| In re: | Case No. 25-31100 (AMN) |
| | Chapter 13 |
| Michael Henry Lotto      *Debtor* | |
| | Re: ECF Nos. 10, 13, 17, 25, 36, 40 |

## ORDER FINDING NO FURTHER ACTION
## NEEDED REGARDING ORDER TO SHOW CAUSE

The Court held a hearing on May 28, 2026, to consider an Order to Show Cause. ECF No. 31 (the 'Order').  The Order required counsel for the Debtor, Attorney Michael J. Habib, to file a written response explaining why he should not be sanctioned for his failure to comply with this Court's Local Rules and various prior orders.  See ECF Nos. 10, 13, 17, 25. Attorney Habib appeared at the May 28th hearing and offered various explanations for these deficiencies and subsequently filed a written response to the Order on June 29, 2026.  ECF No. 40.

In consideration of Attorney Habib's representations at the hearing and his written response to the Order, the Court finds no further action is necessary at this time. However, the Court emphasizes the importance of timely compliance with Court orders and cautions Attorney Habib that future failures to comply with orders or respond to notices may result in the imposition of sanctions, including a suspension or revocation of filing privileges before this Court.

Accordingly, it is hereby

**ORDERED**: No further action will be taken with respect to the Court's Order to Show Cause (ECF No. 31).

Dated this 10th day of July, 2026, at New Haven, Connecticut.



*Ann M. Nevins*
*Chief United States Bankruptcy Judge*
*District of Connecticut*