United States Bankruptcy Court

District of Connecticut

In re:                                                                           Case No. 25-31100-amn

Michael Henry Lotto                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0205-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: pdfdoc2 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Michael Henry Lotto, 9 N Bank Street, New Haven, CT 06511-2519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026                              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael J. Habib | on behalf of Debtor Michael Henry Lotto mike@inzitarilawoffice.com  mike.inzitarilawoffice.com@recap.email |
| Roberta Napolitano | notices@ch13rn.com  rnapolitano13@ecf.epiqsystems.com;trusteeCTBRN@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

TOTAL: 3

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| In re:<br><br>Michael Henry Lotto<br><br>*Debtor* | Case No. 25-31100 (AMN)<br>Chapter 13<br><br>Re: ECF Nos. 10, 13, 17, 25, 36, 40 |
| --- | --- |

## ORDER FINDING NO FURTHER ACTION
## NEEDED REGARDING ORDER TO SHOW CAUSE

The Court held a hearing on May 28, 2026, to consider an Order to Show Cause. ECF No. 31 (the 'Order'). The Order required counsel for the Debtor, Attorney Michael J. Habib, to file a written response explaining why he should not be sanctioned for his failure to comply with this Court's Local Rules and various prior orders. See ECF Nos. 10, 13, 17, 25. Attorney Habib appeared at the May 28th hearing and offered various explanations for these deficiencies and subsequently filed a written response to the Order on June 29, 2026. ECF No. 40.

In consideration of Attorney Habib's representations at the hearing and his written response to the Order, the Court finds no further action is necessary at this time. However, the Court emphasizes the importance of timely compliance with Court orders and cautions Attorney Habib that future failures to comply with orders or respond to notices may result in the imposition of sanctions, including a suspension or revocation of filing privileges before this Court.

Accordingly, it is hereby

**ORDERED**: No further action will be taken with respect to the Court's Order to Show Cause (ECF No. 31).

Dated this 10th day of July, 2026, at New Haven, Connecticut.



Ann M. Nevins
Chief United States Bankruptcy Judge
District of Connecticut